HARLEY BEALL, Appellant, v. ROYAL S. HAYNES, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal

and be ready for argument at the next term of this court; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.